UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAULA GROSSNICKLE for I.R.G., a minor, : <br> Plaintiff, : <br> : <br> v. : <br> : <br> KILOLO KIJAKAZI, Acting : <br> Commissioner of Social Security : <br> : <br> Defendant. : | Civil No. 1:20-CV-00375 <br><br> (Magistrate Judge Schwab) |

**ORDER**

September 30, 2021

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the Commissioner's decision is **AFFIRMED.** The Clerk of Court shall enter judgment in favor of the Commissioner and against the plaintiff and then close this case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge